UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHARINA JONES, Individually,  :
                              :
      Plaintiff,         :
                              :
v.                            :  Case No. 2:16-cv-10710
                              :
THE THEATER GROUP, INC.       :  Hon. Laurie J. Michelson
A Domestic Company            :
                              :
      Defendant.         :
_____/  :

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Peter F. Ewasek |
| PETE M. MONISMITH (P78186) | PETER F. EWASEK (P43840) |
| PETE M. MONISMITH, PC | EWASEK LAW OFFICES PLC |
| 3945 Forbes Avenue, | Attorneys for Defendant |
| Suite #175 | 571 Randolph |
| Pittsburg, Pennsylvania  15213 | Northville, Michigan 48167 |
| Telephone:  (724) 610-1881 | (313) 523-6656 |
| Facsimile (412) 258-1309 | pfe@ewasek.com |
| Pete@monismithlaw.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their respective counsel, having stipulated to a Dismissal With Prejudice,

and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice.

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2016

The parties, through and by undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter.

Respectfully submitted this _____ 2016.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff***<br><br>Dated: June 7, 2016 | /s/ Peter F. Ewasek<br>PETER F. EWASEK (P43840)<br>EWASEK LAW OFFICES PLC<br>Attorneys for Defendant<br>571 Randolph<br>Northville, Michigan 48167<br>(313) 523-6656<br>pfe@ewasek.com<br>***Attorney for Defendant***<br><br>Dated: June 7, 2016 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 29, 2016.

                                        s/Jane Johnson
                                        Case Manager to
                                        Honorable Laurie J. Michelson